IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20650
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MADHAVI BISWAS,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-67-1
- - - - - - - - - - -
April 5, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

    Madhavi Biswas appeals her conviction and sentence for unauthorized use of an access device in violation of 18 U.S.C. § 1029(a)(2).  She argues that the district court erred in enhancing her base offense level under the Sentencing Guidelines for her role as an "organizer or leader" in the offense, under U.S.S.G. § 3B1.1(a).  We have reviewed the arguments and the record and find no reversible error.  See United States v. Barreto, 871 F.2d 511, 512 (5th Cir. 1989); United States v. West, 58 F.3d 133, 138 (5th Cir. 1995).

    AFFIRMED.

_____

   *  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.